MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5079
    Facsimile:  (408) 535-5066
    Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01119 JW |
|     Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS |
| v. | ) ) | HEARING AND TO EXCLUDE TIME FROM SEPTEMBER 20, 2010, THROUGH |
| TELMAN A. YAYMADZHYAN, | ) ) | OCTOBER 18, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § |
|     Defendant. | ) ) ) | 3161(h)(7)(A),(B)) |

On February 4, 2010, the parties appeared for an initial appearance and arraignment in the above-cited case. Since that time, the government has provided extensive discovery to the defendant, and made additional materials available to the defense in the discovery process. A status hearing is set in this matter for September 20, 2010. The parties are seeking to continue the September 20, 2010, hearing for defendant Telman A. Yaymadzhyan to October 18, 2010, in order to allow defense counsel the opportunity to complete his review of the materials made available to him in the discovery process, and to reach a pre-trial resolution with the government of the pending criminal matter. The parties have agreed to stipulate to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation.

1

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).   Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: September 15, 2010                    MELINDA HAAG
                                             United States Attorney


                                             _____/s/_____ _____
                                             EUMI L. CHOI
                                             Assistant United States Attorney


                                             _____/s/_____
                                             FRED MINASSIAN, ESQ.
                                             Counsel for Defendant

1

## ORDER

2       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the time between September 20, 2010, through October 18, 2010, is excluded

4  under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served

5  by taking such action and outweigh the best interests of the public and defendant in a speedy

6  trial.  18 U.S.C. § 3161(h)(7)(A).   Further, the failure to grant such a continuance would

7  unreasonably deny counsel for defendant the reasonable time necessary for effective preparation,

8  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court

9  therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A)

10  and (B)(iv).

11

12  IT IS SO ORDERED.

13

14  DATED:  September 16, 2010

JAMES WARE
UNITED STATES DISTRICT COURT JUDGE