MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-01119 JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM OCTOBER 18, 2010, THROUGH NOVEMBER 15, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |
| v. | ) | |
| | ) | |
| TELMAN A. YAYMADZHYAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   A status hearing is set in this matter for October 18, 2010.  The parties are seeking to continue the hearing for defendant Telman A. Yaymadzhyan to November 15, 2010, in order to allow defense counsel the opportunity to complete his review of the materials made available to him in the discovery process, and to reach a pre-trial resolution with the government of the pending criminal matter.  The parties have agreed to stipulate to an exclusion of time under the Speedy Trial Act to allow counsel for defendant reasonable time for effective preparation.

   The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best  interests of the public and defendant in a speedy

trial. 18 U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: October 14, 2010                    MELINDA HAAG
                                           United States Attorney


                                           _____/s/_____ _____
                                           EUMI L. CHOI
                                           Assistant United States Attorney


                                           _____/s/_____
                                           FRED MINASSIAN, ESQ.
                                           Counsel for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 18, 2010, through November 15, 2010, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


DATED:  October 14, 2010                   _____
                                           JAMES WARE
                                           UNITED STATES DISTRICT COURT JUDGE